# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA
_____

| | |
|---|---|
| TAMMY LYNN STOE, | Civil No. 09-2671 (JRT/RLE) |
| Plaintiff, | |
| v. | **ORDER** |
| RHR INFORMATION SERVICES INC. AND EXPERIAN, | |
| Defendants. | |

_____

The above-entitled case comes before the Court upon the plaintiff's notice of voluntary dismissal filed on February 1, 2010 [Docket No. 9].

Based upon all the files, records, and proceedings herein, **IT IS HEREBY ORDERED** that plaintiff's claims in this action are **DISMISSED WITH PREJUDICE**.

DATED: February 22, 2010
at Minneapolis, Minnesota.

                                                                          s/ John R. Tunheim
                                                                  JOHN R. TUNHEIM
                                                     United States District Judge